**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BEVERLY FOX,
Plaintiff,

v.

Civil No. 01-1262 (DWF/AJB)

NORTHWEST AIRLINES, INC., ET AL.,
Defendants.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

BEVERLY FOX,
Petitioner,

v.

Civil No. 01-1734 (JMR/SRN)

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 2000 UNION, ET AL.,
Respondents.

Case No. 01-1262 (DWF/AJB) having been assigned to Judge Donovan W. Frank and Case No. 01-1734 (JMR/SRN) having later been assigned to Chief Judge James M. Rosenbaum, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 01-1734 (JMR/SRN) be assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: November 6, 2001

DONOVAN W. FRANK
Judge of United States District Court

Dated: November 7th, 2001

JAMES M. ROSENBAUM
Chief Judge of United States District Court

FILED
RICHARD D. SLETTEN, CLERK
NOV 8 2001
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

Pursuant to an Order of Reassignment of Related Cases, this case is reassigned to
Judge Donovan W. Frank and Magistrate Susan R. Nelson.

NEW CASE INFORMATION 01-1734 DWF/SRN

Use this case information for all further filings.

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500