**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BEVERLY FOX,

Petitioner,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 2000 UNION, and NORTHWEST AIRLINES, INC., a corporation under the laws of the State of Minnesota,

Respondents.

Civil No. 01-1734 (DWF/AJB)

**ORDER OF REFERENCE**

---

Gregg Corwin, Esq., Corwin Law Office, 508 East Parkdale Plaza Building, 1660 South Highway 100, St. Louis Park, MN 55416-1533, counsel for Petitioner.

Timothy Thornton, Esq., and Timothy Gelinske, Esq., Briggs & Morgan, 2400 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, counsel for Respondents.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Respondent, Northwest Airlines Inc.'s Motion to Dismiss (Docket No. 3) is referred to Magistrate Judge Arthur J. Boylan.

Dated: November 19, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed NOV 19 2001
Richard D. Sletten, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________