UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

BEVERLY A. FOX,

Petitioner,

vs.

Court File No. 01-CV-1734 (~~MJR/SRN~~) DWF/AJB

INTERNATIONAL BHD. OF TEAMSTERS,
LOCAL UNION NO. 2000,

Respondent,

and

NORTHWEST AIRLINES, INC.,

Respondent.

**ORDER OF DISMISSAL OF RESPONDENT TEAMSTERS LOCAL UNION NO. 2000**

The parties having so stipulated,

IT IS HEREBY ORDERED that this cause shall forthwith be dismissed in its entirety as against Respondent Teamsters Local Union No. 2000, *only*, with prejudice, the parties to bear their own costs.

So ordered.

Dated this 11th day of January 2002.

Donovan W. Frank
United States District Court Judge

FILED JAN 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

BEVERLY A. FOX,

Petitioner,

vs.

Court File No. 01-CV-1734 ~~JMR/SRN~~ DWF/AJB

INTERNATIONAL BHD. OF TEAMSTERS,
LOCAL UNION NO. 2000,

Respondent,

**STIPULATION TO DISMISS TEAMSTERS LOCAL UNION NO. 2000**

and

NORTHWEST AIRLINES, INC.,

Respondent.

Petitioner, Beverly A. Fox, by her counsel, Gregg M. Corwin & Associates, and Respondent Teamsters Local Union No. 2000 hereby stipulate to dismiss this action with prejudice as against Respondent International Brotherhood of Teamsters, Local Union No. 2000, *only*, the parties to bear their own costs.

GREGG M. CORWIN & ASSOCIATES

Gregg M. Corwin
Gregg M. Corwin, Esq. (#19033)
508 East Parkdale Plaza Bldg.
1660 South Highway 100
St. Louis Park, MN 55416
(952) 544-7774

Dated: ~~December~~ January 4 ___, 2002

TEAMSTERS LOCAL UNION NO. 2000

Danny Campbell
Danny Campbell, President
2850 Metro Drive, Suite 225
Bloomington, MN 55425
(952) 854-2738

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK