**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

BEVERLY FOX,

Petitioner,

vs.

NORTHWEST AIRLINES, INC., a Corporation under the laws of the State of Minnesota,

Respondents.

Civil File No. 01-CV-1734(DWF/AJB)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED PETITION FOR REVIEW OF THE SYSTEM BOARD AWARD**

---

**WHEREAS,** on June 26, 2002, Plaintiff served its Amended Petition for Review of the System Board Award on Defendant;

**WHEREAS**, the parties are engaged in settlement discussions;

**WHEREAS**, the parties have agreed to extend Defendant's time to answer or otherwise respond to Plaintiff's Amended Petition until July 31, 2002;

**THEREFORE,** the parties, by and through their attorneys, hereby agree and stipulate that Defendant may have until July 31, 2002 to file an Answer or otherwise plead or defend if this stipulation is approved by this Court.

DATED: July 15, 2002.

**BRIGGS AND MORGAN**

By_______________
Timothy R. Thornton (#109630)
Kevin M. Magnuson (#306599)
2400 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR RESPONDENT NORTHWEST AIRLINES, INC.**

JUL 17 2002
FILED_______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

**GREGG M. CORWIN & ASSOCIATES LAW OFFICE**

By ______________________________
Gregg M. Corwin (#19033)
Amanda R. Cefalu (#309436)
1660 South Hwy. 100, Suite 508E
St. Louis Park, MN 55416

**ATTORNEYS FOR PETITIONER BEVERLY FOX**

**IT IS SO ORDERED.**

Dated: July 16, 2002.

United States Magistrate Judge
Arthur J. Boylan