# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Beverly Fox

v.

Northwest Airlines, Inc. a Corporation
under the laws of the State of Minnesota

Case No. Civil 01-1734 DWF/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the Clerk of this Court shall enter judgment dismissing the action with prejudice, without costs, attorney's fees or disbursements against either party. Further, this minor dispute shall be remanded to a System Board of Adjustment chaired by Jack Flagler for resolution pursuant to the Flight Attendant Collective Bargaining Agreement and consistent with this Court's Orders in this case.**

DATE: September 24, 2002

RICHARD D. SLETTEN, CLERK

Deborah D. Bell

Deborah D. Bell, Deputy Clerk

27